UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAMILYA WILLIAMS,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 2:22-cv-10296
District Judge Gershwin A. Drain
Magistrate Judge Kimberly G. Altman

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (ECF No. 17)

This is an employment case. Plaintiff Shamilya Williams is suing the University of Michigan, University of Michigan Work Connections, Jennifer Barnett, Christine Fergu, Jerri Atkins, Amy Grier, and Mary Sue Coleman. Before the Court is defendants' motion to compel, (ECF No. 17), to which plaintiff did not file a timely response. The motion has been referred to the undersigned. (ECF No. 18).

On April 27, 2023, the Court held a telephone conference with counsel to discuss the unopposed motion. For the reasons stated during the telephone conference, the motion to compel, (ECF No. 17), is GRANTED. Plaintiff shall respond to the outstanding discovery requests within twenty (20) days of this order.

1

Defendants shall notify plaintiff of any deficiencies in the responses before filing a motion.

  SO ORDERED.

| | |
|---|---|
| Dated: April 28, 2023<br>Detroit, Michigan | s/Kimberly G. Altman<br>KIMBERLY G. ALTMAN<br>United States Magistrate Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2023.

          s/Carolyn Ciesla
          CAROLYN CIESLA
          Case Manager